# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.  22-CR-258-2 (BAH) |
| | : | |
| KIYON ANTONIO BOYD, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MOTION FOR FORFEITURE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to adopt the attached Consent Motion for Forfeiture pursuant to the plea agreement in this matter.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    */s/  James B. Nelson*
    JAMES B. NELSON
    D.C. Bar No. 1613700
    Assistant United States Attorney
    Federal Major Crimes Section
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-6986
    james.nelson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By:     */s/ James B. Nelson*
            JAMES B. NELSON
            D.C. Bar No. 1613700
            Assistant United States Attorney
            Federal Major Crimes Section
            601 D. Street, N.W.
            Washington, D.C. 20530
            (202) 252-6986
            james.nelson@usdoj.gov